UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. |
| ACE CHIROPRACTIC LLC, | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, United States of America, acting herein by the United States Attorney for the Northern District of Alabama, files this Complaint against Defendant under the Federal Debt Collection Procedures Act (FDCPA), 28 U.S.C. § 3001 *et seq.* and alleges as follows:

## JURISDICTION

1. The Court has jurisdiction over this case pursuant to 28 U.S.C. § 1345.

## PARTIES AND VENUE

2. The United States is a sovereign entity with multiple component agencies, including the Small Business Administration and the U.S. Department of the Treasury.

3. Venue is proper under 28 U.S.C. § 1391 because the Defendant's place of business is within Tuscaloosa County, State of Alabama, in the Northern District

of Alabama, with the last known address of 928 25th Ave E., Tuscaloosa, AL 35404.

## FACTUAL BACKGROUND

4. This is an action to recoup debt Defendant owes to the United States.

5. On or about February 17, 2017, Defendant executed a promissory note and unconditional guarantee line-of-credit agreement for $10,000.00, with interest accruing at variable rates, except as otherwise provided, with BBVA Compass Bank.

6. Defendant became delinquent on the obligation on or about October 25, 2020, with a balance due of $5,071.09.

7. Due to the delinquency, the Small Business Administration became the holder of the note.

8. On or about June 22, 2022, the Small Business Administration referred the debt to the U.S. Department of the Treasury for collection.

9. As of September 9, 2025, Defendant is indebted to the United States in the amount of $9,668.67.

10. The debt consists of the following component amounts: (a) principal amount of $5,071.09; (b) administrative fees in the amount of $2,563.66; and (c) interest computed at the rate of 9.50% percent per annum in the amount of $2,033.92, as of December 5, 2025.

11. A copy of the Certificate of Indebtedness establishing the basis for Defendant's liability is attached as Exhibit 1 and incorporated by reference.

12. The United States has made a demand to Defendant for the amount owed, but the amount due remains unpaid.

<u>CAUSE OF ACTION I: CLAIM FOR A DEBT</u>

13. The United States incorporates by reference the allegations set forth in the above paragraphs 1-12.

14. The amounts set forth in paragraphs nine and ten are a "debt" to the United States as defined in the FDCPA. 28 U.S.C. § 3002(3)(B).

15. The United States is entitled to obtain a remedy in connection with Defendant's debt to the United States. 28 U.S.C. § 3001(a)(2).

Wherefore, the United States respectfully prays for the following relief:

a. To recover from Defendant a total of $9,668.67, which consists of $5,071.09 in principal, administrative fees in the amount of $2,563.66, interest of $2,033.92 at 9.50% percent per annum on the principal which has accrued as of December 5, 2025, and will continue to accrue until date of judgment;

b. That, pursuant to 28 U.S.C. § 1961, interest on the judgment be at the legal rate until paid in full; and

c.  That the Court grant such further and general relief as the Court deems just and proper under the law and the facts of this case.

Dated: December 5, 2025         PRIM F. ESCALONA
                                UNITED STATES ATTORNEY

                                s/ Jason R. Cheek
                                Jason R. Cheek
                                Assistant United States Attorney
                                U.S. Attorney's Office
                                1801 Fourth Avenue North
                                Birmingham, Alabama 35203
                                (205) 244-2104
                                (205) 244-2181 (fax)
                                jason.cheek@usdoj.gov